Kenneth M. Gutsch, ABA #8811186
Daniel T. Quinn, ABA #8211141
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501-2038
Ph: (907) 276-5727
Fax: (907) 276-2953
E-mail: kgutsch@richmondquinn.com

Attorneys for Defendant
Home Depot USA, Inc.

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| FRANK D. SACKMAN | ) | Case No. 3:07-CV-237 |
| Plaintiff, | ) | |
| v. | ) | |
| HOME DEPOT USA, INC., | ) | |
| Defendant. | ) | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW plaintiff and the defendant, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate to the dismissal of the above-captioned case with prejudice, each side to bear its own costs and attorney fees.

Anchorage, AK 99501-2038
Ph: (907) 276-5727
Fax: (907) 276-2953
E-mail: kgutsch@richmondquinn.com

Attorneys for Defendant,
Home Depot USA, Inc.


ROBINSON & ASSOCIATES


Eric Derleth, ABA # 9609042
ROBINSON & ASSOCIATES
35401 Kenai Spur Highway
Soldotna, AK 99669
Ph: (907) 262-9164
Fax: (907) 262-7034
E-mail: eric@robinsonandassociates.net

2219\004\Pld \Stipulation-Dismiss

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
Sackman v. Home Depot USA, Inc., Case No. 3:07-cv-237
Page 2